I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: June 26, 2013

Stephen Ybarra
DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES CAMPOS,<br><br>    Petitioner,<br><br>vs.<br><br>WARDEN VIRGA,<br><br>    Respondent. | Case No. EDCV 13-0504-ODW (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 6-25-13

/s/ Otis D. Wright
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY